AO 91 (Rev. 11/11)  Criminal Complaint

| | | |
|---|---|---|
| AUSA: Hank Moon | | Telephone: (313) 226-0220 |
| Special Agent: Matthew Totten | | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| United States of America | | Case: 2:24−mj−30436 |
| v. | | Assigned To : Unassigned |
| Isaiah Rashun Speed | | Assign. Date : 10/9/2024 |
| | Case No. | Description: RE: SEALED MATTER (EOB) |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 2, 2024__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922 (g)(1) | Felon in possession of a firearm. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Matthew Totten, Special Agent-ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __October 9, 2024__

_____
Judge's signature

City and state: __Detroit, Michigan__

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Matthew Totten, being first duly sworn, hereby depose and state the following:

## INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been so employed since March 2020. I am currently assigned to the Detroit Field Office. I graduated from the Federal Law Enforcement Training Center and ATF Special Agent Basic Training. Prior to becoming a Special Agent, I worked as a State Trooper for the Michigan State Police for six years. During my employment with ATF, I have conducted or participated in dozens of criminal investigations involving the possession, use, and trafficking of firearms, drug trafficking, and other state and federal offenses. I am also an ATF Interstate Nexus Expert.

2. I based this affidavit on my personal knowledge, interviews conducted by myself and/or other law enforcement agents, communications with others who had personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is for the limited purpose of establishing probable cause and does not contain all facts known to law enforcement regarding this investigation.

3. ATF is currently conducting a criminal investigation concerning Isaiah Rashun SPEED (B/M, DOB: xx/xx/1998). Probable cause exists that

SPEED, a convicted felon, knowingly and intentionally possessed a firearm in violation of 18 U.S.C. § 922(g)(1).

## PROBABLE CAUSE

4. On October 2, 2024, members of the Detroit Fugitive Apprehension Team (DFAT) were tasked with locating and arresting SPEED on a felony warrant from the Harnett County Sheriff's Office in North Carolina. The outstanding warrant was for seven felony and three misdemeanor counts, including robbery with a dangerous weapon and kidnapping.

5. On October 2, 2024, DFAT members were conducting surveillance in Detroit, Michigan, when they saw SPEED and were able to positively identify him. DFAT members watched as SPEED walked into a Citgo gas station in the city.

6. DFAT members entered the gas station and saw SPEED standing by the refrigerated coolers. One Trooper walked up behind SPEED and called out "Isaiah," SPEED's first name. SPEED looked up at the TROOPER, confirming that DFAT had the right person. DFAT members identified themselves as Police and advised SPEED of his warrant.

7. As DFAT members attempted to arrest SPEED, he actively resisted; he fought with and tried to get away from DFAT members. While taking SPEED into custody, one of the DFAT Troopers located a tan, Taurus G3, 9mm semi-automatic pistol in SPEED's waistband in the small of his back. The Trooper took and secured the weapon.

8. After SPEED was in custody, DFAT members told him what his warrant was for and said that he could face additional charges for the firearm. SPEED responded to the statement about current charges and told DFAT members that the gun was "clean," acknowledging his possession of the gun. SPEED also stated that he didn't have a concealed pistol license.

9. DFAT members sent me information about the firearm, including manufacturer markings, for an interstate nexus determination. As an ATF Interstate Nexus Expert, it is my opinion that this firearm was manufactured outside of the state of Michigan, and therefore traveled in and affected interstate commerce.

10. I also reviewed a computerized criminal history report (CCH) for SPEED, which revealed that on June 14, 2017, SPEED was convicted of conspiracy to commit robbery with a dangerous weapon and larceny of a motor vehicle, both felonies, in the Orange County Supreme Court in Hillsborough, North Carolina. SPEED was found guilty in a trial by Judge. According to SPEED's CCH, he was sentenced to 20-36 months of confinement. And according to the North Carolina Department of Adult Corrections website, SPEED's "total incarceration term" for these offenses was "3 years."

11. Based on the nature and recency of the 2017 felony conviction offenses, and the length of his incarceration, there is probable cause to believe that SPEED knew that he had been convicted of a crime punishable by more than one year in prison.

## **CONCLUSION**

12.  Based on these facts, there is probable cause to believe that Isaiah Rashun SPEED, a convicted felon aware of his felony conviction, did knowingly and intentionally possess a tan, Taurus G3, 9mm semi-automatic pistol, said firearm having affected interstate commerce, in violation of 18 U.S.C. 922(g)(1) (being a felon in possession of a firearm). This crime occurred on or about October 2, 2024, in Detroit, Michigan, in the Eastern District of Michigan.

Respectfully submitted,

_____
Matthew Totten, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed before me
and/or by reliable electronic means.

_____
Honorable David R. Grand
United States Magistrate Judge

Date:   October 9, 2024

4